IN THE MATTER OF THE SAILOR JOHN REED whose Death Occurred on the Schooner Gladys while *en route* to Porto Rico.

San Juan, Admiralty.

---

Dead Seaman—Funeral.
    1. If the captain of a ship has authorized the burial of a dead

seaman, the expense will be ordered paid by the court out of the fund delivered by the captain to the marshal, under § 4544 of the Revised Statutes of the United States, as a proper expense against the fund.

Opinion filed April 30, 1915.

Mr. *Chas. Hartzell* for claimant.

Mr. *Miles M. Martin* for the Government.

HAMILTON, Judge, delivered the following opinion:

This comes up to be heard on the petition of the Porto Rico Coal Company showing that they have paid out $10.75 for the burial of the dead seaman John Reed, and now asking for reimbursement. The funds of this sailor, under $300, have been paid into court.

Section 4544 of the Revised Statutes of the United States, Comp. Stat. 1913, § 8333, provides as follows:

"Sec. 4544. If the money and effects of any seaman or apprentice paid, remitted, or delivered to the circuit court, including the moneys received for any part of his effects which have been sold, either before delivery to the circuit court, or by its directions, do not exceed in value the sum of three hundred dollars, then, subject to the provisions hereinafter contained, and to all such deductions for expenses incurred in respect to the seaman or apprentice, or of his money and effects, as the said court thinks fit to allow, the court may pay and deliver the said money and effects to any claimants who can prove themselves either to be his widow or children, or to be entitled to the effects

Matter of Reed.

of the deceased under his will, or under any statute, or at common law, or to be entitled to procure probate, or take out letters of administration or confirmation, although no probate or letters of administration or confirmation have been taken out, and shall be thereby discharged from all further liability in respect of the money and effects so paid and delivered; or may, if it thinks fit so to do, require probate, or letters of administration or confirmation, to be taken out, and thereupon pay and deliver the said money and effects to the legal personal representatives of the deceased; and if such money and effects exceed in value the sum of three hundred dollars, then, subject to deduction for expenses, the court shall pay and deliver the same to the legal personal representatives of the deceased."

This seems to authorize the court to pay, or recognize the payment of, necessary expenses connected with the seaman's fund, and must therefore include such an expense as his burial. It appears to the court, therefore, that the expense in question is one covered by the section, and that the petition should be granted. It is true the bill has been paid, but it was paid as an act of charity or necessity and the paying party should not suffer. He will be subrogated to the claim the undertaker would have had himself.

The clerk is therefore directed to pay the petitioner the sum of $10.75 expended for that purpose, taking a proper voucher therefor.